**Order entered October 30, 2020**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00851-CR

**DESMOND RENARD FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-00024-Y**

### ORDER

The clerk's and reporter's records were timely filed. After appellate counsel Valencia Bush was appointed on March 17, 2020, we ordered appellant's brief due on May 4, 2020. When no brief was filed, we notified counsel by letter dated May 6, 2020, and directed her to file appellant's brief and a proper motion to extend time within ten days. On June 3, 2020, we abated for a hearing to determine why appellant's brief had not been filed.

In early August, the trial court asked for additional time to hold the hearing. Several days later, Ms. Bush file a motion to supplement the record and extend the time for filing appellant's brief. Court reporter Trashuna Salaam then requested additional time to file a supplemental reporter's record of an April 15, 2019 hearing, and the trial court's August 11 and August 20 hearings on the lack of an appellate brief. We reinstated the appeal, granted the court reporter's request for additional time, and extended the time for filing appellant's brief. The supplemental reporter's records were filed in late August. Appellant's brief, which was due October 5, 2020, has not been filed, and we have had no communication from Ms. Bush.

We **ORDER** Valencia Bush removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to Felicia Pitre, Dallas County District Clerk; to Valencia Bush; and to the Dallas County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/    CORY L. CARLYLE
            JUSTICE